In The Court OF Criminal Appeals
For The State OF Texas
Austin, Texas

Ex Parte                            §
                                    §        No. 1280572-A
Corey Deshon Farrow                 §
                                    §

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

Writ No. 1280572-A
Indictment No. 1280572

Ex Parte                     §           In The District Court
                             §           180th Judicial District
Corey Deshon Farrow          §           Harris County, Texas

Applicant's Motion Requesting Status
Of Applicant's Writ of Habeas Corpus 11.07

To The Clerk OF Said Court :

    Now comes the Applicant, Corey Deshon Farrow,
And submits this motion, Requesting status of Applicant's

1.

Writ of Habeas Corpus 11.07.

## I.

Applicant's 11.07 Writ of Habeas Corpus was received and presented to the Court on 11/3/14.

## II

Applicant asks that you please inform him of the status of his Writ of Habeas Corpus as he is on a time frame with his legal issues

2.

# CERTIFICATE OF SERVICE

On the 2nd day of FEBRUARY, 2015, A true and correct copy of Applicant's Motion Requesting Status OF Applicant's Writ of Habeas Corpus 11.07 was mailed to Abel Acosta, Clerk, P.O. Box 12308, Capitol Station, Austin, Texas 78711

Corey Farrow

Corey Deshun Farrow
TDCJ-ID # 1717182
Eastham Unit
2665 Prison Rd #1
Lovelady, Texas 75851

3.